182 So.2d 73

**Victor Monta CURRIE, Jr.**

v.

**Mary Rosell CURRIE.**

**No. 48015.**

Feb. 4, 1966.

In re: Mary Rosell Currie applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 180 So.2d 89.

The application is denied. On the facts found by the Court of Appeal, there appears no error of law in the judgment complained of.

McCALEB, SANDERS and SUMMERS, JJ., are of the opinion that a writ should be granted.

182 So.2d 73

**Johnny FUNDERBURK**

v.

**SOUTHWESTERN IRON CORPORATION.**

**No. 48017.**

Feb. 4, 1966.

In re: Southwestern Iron Corporation applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Paris of Caddo. 180 So.2d 4.

The application is denied. According to the facts of the case as found to be by the Court of Appeal, there is no error in the judgment complained of.